

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-11-00180-CR |
| | § | Appeal from the |
| | § | |
| EX PARTE:  MANUEL CISNEROS | § | 168th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20040D05971-168-1) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment.  We therefore reverse the order of the trial court and reinstate Appellant's conviction, in accordance with the opinion of the Court.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2013.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Antcliff, J., and Chew, C.J. (Senior)
(Antcliff, J., Not Participating)
Chew, C.J. (Senior)(Sitting by Assignment)